April 14, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ARREINIUS  JARLYN  WATSON, Appellant

NO. 14-14-00469-CR                      V.

THE STATE OF TEXAS, Appellee

———————————————————

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.